ACCEPTED
03-14-00240-cr
6646803
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 3:39:27 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00240-CR

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT
OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 3:39:27 PM
JEFFREY D. KYLE
Clerk

## BRENDA KING

Appellant

## THE STATE OF TEXAS

Appellee

On Appeal from the 22nd District Court of Hays County in Cause No.
CR-12-1083, the Hon. Bill Henry, Judge Presiding

# STATEMENT REGARDING COMPLIANCE WITH
# TEX.R.APP.PRO 48.4

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 48.4, I hereby certify that I have sent

notification of the opinion and judgment of the Court of Appeals along

with notification of the defendant's right to file a *pro se* petition for

discretionary review under Rule 68, via certified mail, return receipt

requested, to Brenda Elaine King, Appellant, at her last known

address as follows:

Ms. Brenda King #01917504
San Saba Unit
206 South Wallace Creek Road
San Saba, TX 76877-9516

as indicated in the attached Exhibit A.

Respectfully submitted,

_____
Robert A. Caine

## Certificate of Compliance and Delivery

This is to certify that a true and correct copy of the above and foregoing "STATEMENT REGARDING COMPLIANCE WITH TEX.R.APP.PRO 48.4," was delivered via electronic mail to Angie Robert (angie.roberts.co.hays.tx.us), counsel for the State.

_____
Robert A. Caine



**Robert A. Caine**

Attorney At Law

Phone: (512) 301-0499
Fax: (512) 692-3931

510 S. Congress Avenue, Ste. 103
Austin, TX 78704

cainelaw@gmail.com

August 24, 2015

Via Certified Mail #7013 3020 0002 2456 4102
Return Receipt Requested
and
Via Regular US Postal Service Mail

Ms. Brenda King
SID #04444480/TDJC #01917504
San Saba Unit
206 South Wallace Creek Road
San Saba, TX 76877-9516



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .71 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.96 |

Postmark
Here
8-25-15

Sent To BRENDA KING #0917504
Street, Apt. No.; or PO Box No. 206 S Wallace Creek Rd
City, State, ZIP+4 San Saba TX 78897-9516

PS Form 3800, August 2006         See Reverse for Instructions

RE:   Case Number:      03-14-00240-CR
      Trial Court NO.:   CR-12-1083

      Style:            _Brenda King v. State of Texas_

Dear Ms. King:

Enclosed, please find a copy of the opinion and judgment of the Court of Appeals, granting my motion to withdraw as counsel.

---

## NOTICE TO CLIENT

---

By granting the motion to withdraw, the Court is not ruling that you do not have the right to an appeal, rather, they are ruling that you do not have a right to have an attorney represent you on appeal.

1/5

Ms. King
August 24, 2015
Page Two


You have the right to file a petition for a discretionary review (PDR) of the opinion by petitioning the Court of Criminal Appeals. Your petition must be filed *within 30-days after the day the Court of Appeals' judgment was rendered.*

You are further advised that because there is no right to counsel on a PDR, I would no longer be obligated to file a petition, nor counsel you on which potential issues to raise in your PDR with the Court of Criminal Appeals.

The Court's address is as follows:

**Court of Appeals:**

Hon. Jeffrey D. Kyle, Clerk
Third Court of Appeals
Post Office Box 12547
Austin, Texas 78711

Please feel free to contact me if you have any questions.

Sincerely,

Robert A. Caine

Enclosures

cc:   Court of Appeals
      Ms. Angie Roberts-Huckaby, Asst. District Attorney

2/5

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00240-CR

Brenda Elaine King, Appellant

v.

The State of Texas, Appellee

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-12-1083, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## MEMORANDUM OPINION

This is an appeal pursuant to *Anders v. California*.[1] Appellant Brenda Elaine King pleaded guilty to the offense of arson.[2] As part of her plea agreement, King signed a stipulation of evidence in which she admitted that she had intentionally set fire to an apartment building as alleged in the indictment. At the plea hearing, the district court found the evidence sufficient to support a finding of guilt, took the matter under advisement subject to a presentence investigation report, and reset the case for sentencing. At the conclusion of the sentencing hearing, during which no additional evidence was offered, the district court sentenced King to 10 years' imprisonment. This appeal followed.

King's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of

---

[1] 386 U.S. 738 (1967).

[2] *See* Tex. Penal Code § 28.02(a).

3/5

*Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced.[3] Counsel has certified to the Court that he has provided a copy of the motion and brief to King, advised King of her right to examine the appellate record and file a pro se response, and supplied King with a form motion for pro se access to the appellate record.[4] In response, King has filed a short pro se brief and supplemental brief in which she complains generally of ineffective assistance of counsel, what she considers to be a disproportionate sentence, and various other actions in the proceedings below that she perceives to be "illegal."

We have reviewed the record, counsel's brief, and the pro se briefs. We agree with counsel that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____
Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Affirmed

Filed: August 18, 2015

Do Not Publish

---

[3] *See* 386 U.S. at 744-45; *see also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972).

[4] *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

2

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2015

### NO. 03-14-00240-CR

**Brenda Elaine King, Appellant**

v.

**The State of Texas, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## AFFIRMED – OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

5/5